O/JS-6/ENTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JONI MARGO JAMES,

Plaintiff,

v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 14-1094 JCG

**JUDGMENT**

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED:  March 5, 2015

_____
Hon. Jay C. Gandhi
United States Magistrate Judge